

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2015

No. 04-15-00125-CR

Ex Parte Hector **RAMIREZ,**
Appellant

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894-W1
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file motion to dismiss is GRANTED. Time is extended to November 6, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court